**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Albert Jerome Cooper, II**
**Debtor(s)**

**BK NO. 26-02718 HWV**

**Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Maggie Soboleski

Maggie Soboleski
08 Oct 2026, 14:29:17, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322



Document ID: 6c98110544449289c9e562c29986ef7c43dca4fc36a2d9e2395864fdbc496f5c9