United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Albert Jerome Cooper, II
Debtor

Case No. 26-02718-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | 
Date Rcvd: Oct 26, 2026 | Form ID: ntcnfhrg | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Albert Jerome Cooper, II, 1530 Broadway, Hanover, PA 17331-9465 |
| 5836300 | + | David K Bifulco, 205 West Broad Street, Bethlehem, PA 18018-5517 |
| 5836770 | + | David K Bifulco, Esquire, Bifulco & Associates, P.C., 205 West Broad Street, Bethlehem, PA 18018-5517 |
| 5836301 | + | Regions Bank as Succ by Merger to Enerbank USA, 205 West Broad Street, Bethlehem, PA 18018-5517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2026 23:07:47 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5835249 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 26 2026 23:12:56 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5836007 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2026 22:52:45 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5835250 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 26 2026 22:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5835251 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2026 23:03:39 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5835252 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2026 23:12:55 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5835253 | + | Email/Text: mrdiscen@discover.com | Oct 26 2026 22:48:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5835254 | + | Email/Text: EB_Collectionsbk@Regions.com | Oct 26 2026 22:49:00 | Enerbank Usa, 1245 Brickyard Rd, Salt Lake City, UT 84106-2559 |
| 5835255 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 26 2026 23:03:39 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5835256 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2026 23:03:39 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5841363 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2026 23:07:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5841429 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2026 23:03:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5835258 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2026 23:07:46 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5835359 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2026 22:49:00 | Pennsylvania Department of Revenue, Bankruptcy |

| | | | | |
|---|---|---|---|---|
| | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5835257 | + | Email/PDF: ebnotices@pnmac.com | Oct 26 2026 23:12:57 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5835260 | | Email/Text: legalservices12@snaponcredit.com | Oct 26 2026 22:49:00 | Snap-on Credit, Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 5835261 | | Email/Text: bankruptcy@springoakscapital.com | Oct 26 2026 22:48:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5835259 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 26 2026 22:49:00 | Santander Bank, Santander Consumer USA Inc., Attn: Bankr, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5842533 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 26 2026 22:49:00 | Santander Bank N.A., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5835262 | + | Email/Text: Bankruptcy@TekCollect.com | Oct 26 2026 22:49:00 | TekCollect Inc, Attn: Bankruptcy, Po Box 1269, Columbus, OH 43216-1269 |
| 5840293 | + | Email/Text: bankruptcy@bbandt.com | Oct 26 2026 22:49:00 | Truist Bank, P.O Box 1847, Wilson, NC 27894-1847 |
| 5835899 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 26 2026 22:52:45 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Albert Jerome Cooper II ngp@mooney4law.com, plattnr61895@notify.bestcase.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Albert Jerome Cooper II,

**Debtor 1**

Chapter 13

Case No. 1:26−bk−02718−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 25, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: December 2, 2026<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 26, 2026 |

ntcnfhrg (08/21)